

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

July 24, 2023

<u>VIA ECF</u>
Honorable Judge Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *1:23-cv-04797-LGS Toro v. N2G2, LLC*

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Schofield:

    Plaintiff's counsel submits this letter-motion explaining the status of service and seeking an adjournment of the initial pretrial conference, currently scheduled for August 2nd, 2023 at 4pm. Counsel has attempted service at three different addresses and suspects that Defendant is evading service. We will continue in our attempts via mail and mail substitute service, and request a 60 day adjournment for Defendant to appear. Plaintiff proposes to reschedule the conference for October 2nd, 2023, or a date convenient to the Court. This is the first time this relief is being requested.

    We thank the Court for its attention and consideration in this matter.

Application **granted in part**.  Pursuant to Federal Rule of Civil Procedure 4(m), if the Complaint is not served by **September 5, 2023**, the case will be dismissed.

The initial pretrial conference scheduled for August 2, 2023, is adjourned to **September 27, 2023, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and use the access code 558-3333.  The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **September 20, 2023, at 12:00 P.M.**

Dated: July 25, 2023
      New York, New York

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**