UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW TORO,
                         Plaintiff,

          -against-

N2G2, LLC,
                        Defendant.
------------------------------------------------------------X

23 Civ. 4797 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Complaint was filed June 7, 2023;

    WHEREAS, the Order dated July 25, 2023, warned Plaintiff that "if the Complaint is not served by September 5, 2023, the case will be dismissed";

    WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket;

    WHEREAS, Plaintiff has not submitted any filings on the docket since July 24, 2023. It is hereby

    **ORDERED** that this action is dismissed without prejudice for failure to serve the Complaint pursuant to Federal Rule of Civil Procedure 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

Dated: September 26, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE